IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MARK ANTHONY CRISCIO,<br>      Plaintiff<br><br>v<br><br>GLOBAL CREDIT & COLLECTION CORPORATION,<br>      Defendant | )<br>)<br>)<br>)<br>)  Case No.: 3:11-cv-00944 CFD<br>)<br>)<br>)<br>)  December 15, 2011<br>) |

### STIPULATION FOR DISMISSAL TO VOLUNTARILY DISMISS THIS ACTION WITH PREJUDICE

Now comes the Plaintiff, Mark Anthony Crisco, by his attorney, Angela K. Troccoli, Esquire and Defendant, Global Credit & Collection Corporation, hereby stipulate and agree that the action be Dismissed, with prejudice, each party to bear their own attorneys fees and with all rights of appeal waived.

                                                  Respectfully Submitted,

/s/ Angela K. Troccoli                    /s/ Jonathan D. Elliot
Angela K. Troccoli, Esquire, Id# ct28597    Jonathan D. Elliot, Esquire
Kimmel & Silverman, PC                      Zeldes, Needle & Cooper, PC
*The New England Office*                      1000 Lafayette Boulevard, PO Box 1740
136 Main Street, Suite 301                    Bridgeport, CT 06601-1740
Danielson, CT 06239                           jelliot@znclaw.com
atroccoli@creditlaw.com

**CERTIFICATE OF SERVICE**

I, Angela K. Troccoli, Esquire, hereby certify that I have this 15th day of December, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Jonathan D. Elliot, Esquire
Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard, PO Box 1740
Bridgeport, CT 06601-1740
jelliot@znclaw.com

*Attorney for Defendant*

                                                 */s/ Angela K. Troccoli*
                                                 Angela K. Troccoli, Esquire
                                                 Id# ct28597